**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Pamela Y. Edwards          CHAPTER 13

         Debtor(s)          BKY. NO. 20-10326 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

         Respectfully submitted,
         **/s/ Rebecca A. Solarz Esquire**
         Rebecca A Solarz, Esquire
         Kevin G. McDonald, Esquire
         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         (215) 627-1322