UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    PAMELA Y EDWARDS             NO. 20-10326 ELF
                                      CHAPTER 13

ENTRY OF APPEARANCE FOR
TRANSIT WORKERS FEDERAL CREDIT UNION
AND REQUEST FOR NOTICES

TO THE CLERK:

Please enter our appearance for Transit Workers Federal Credit Union and provide notices as required by Bankruptcy Rule 2002 and ED PA Local Rule 3015-1(b).

February 25, 2002

                                            GERSHMAN LAW OFFICES, PC

                                            Howard Gershman
                                            610 York Road, Suite 200
                                            Jenkintown, PA 19046
                                            Tel:  215.886.1120
                                            Fax  215.886.1118
                                            howard@gershman-law.com

Copies served this date upon:

William C. Miller, Trustee
PO Box  1229
Philadelphia, PA 19105

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Ste. 502
Philadelphia, PA 19107