# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                           Chapter 13

                           Bankruptcy No. 20-10326-ELF

PAMELA Y EDWARDS

5222 NORTH 15TH STREET

PHILADELPHIA, PA 19141-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PAMELA Y EDWARDS

    5222 NORTH 15TH STREET

    PHILADELPHIA, PA 19141-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                      /S/ William C. Miller

Date: 4/1/2020                           _____

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee