# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 20-10326-mdc

PAMELA Y EDWARDS

5222 NORTH 15TH STREET

PHILADELPHIA, PA 19141-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PAMELA Y EDWARDS

    5222 NORTH 15TH STREET

    PHILADELPHIA, PA 19141-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

Date: 8/22/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee